TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00367-CR

Daniel Neil Turner, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BLANCO COUNTY, 33RD JUDICIAL DISTRICT

NO. 577, HONORABLE CHARLES J. HEARN, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for delivery of a controlled substance,
namely: diethylpropion. Appellant has filed a motion to withdraw the appeal. No decision of this Court
has been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 42.2(a).

Before Chief Justice Carroll, Justices Jones and Kidd

Appeal Dismissed on Appellant's Motion

Filed: September 11, 1997

Do Not Publish